# EXHIBIT A

ORIGINAL

1
2   William M. Fischbach SBN # 019769
    Marcos A. Tapia SBN# 032746

3   **TB** TIFFANY & BOSCO
    P.A.
4   SEVENTH FLOOR CAMELBACK ESPLANADE II
    2525 EAST CAMELBACK ROAD
5   PHOENIX, ARIZONA 85016-4237
    TELEPHONE: (602) 255-6000
6   FACSIMILE:  (602) 255-0103
7   Email: wmf@tblaw.com; mat@tblaw.com
    *Attorneys for Plaintiff*

8                    SUPERIOR COURT OF ARIZONA

9                          MARICOPA COUNTY

10  CHRISTIE'S CABARET OF GLENDALE,        Case No. CV2019-002549
11  LLC, an Arizona limited Libility Company;
    and ENTERTAINMENT USA, INC. DBA
12  CHRISTIE'S CABARET, a Delaware
13  Corporation,
                                                        SUMMONS
14          Plaintiffs,

15  vs.
                                           If you would like legal advice from a lawyer,
16                                         Contact the Lawyer Referral Service at
                                                        602-257-4434
17  UNITED NATIONAL INSURANCE                             or
    COMPANY, an Arizona Corporation; and      www.maricopalawyers.org
18  DOE DEFENDANTS 1-5,                          Sponsored by the
                                             Maricopa County Bar Association
19          Defendants

20
21      THE STATE OF ARIZONA TO THE FOLLOWING DEFENDANT:

22           UNITED NATIONAL INSURANCE COMPANY

23      **YOU ARE HEREBY SUMMONED** and required to appear and defend, within
24  the time applicable, to this action in this Court.  If served within Arizona, you shall
    appear and defend within 20 days after the service of the Summons and Complaint upon
25  you, exclusive of the date of service.  If served out of the State of Arizona, whether by
26  direct service, by registered or certified mail, or by publication, you shall appear and
    defend within 30 days after the service of the Summons and Complaint upon you is
27  complete, exclusive of the date of service.  Where process is served upon the Arizona
    Director of Insurance as an insurer's attorney to receive service of legal process against
28  it in this state, the insurer shall not be required to appear, answer or plead until

                                       1

STATE OF ARIZONA
DEPT. OF INSURANCE
MAY 1 0 2019
TIME 11:49am
SERVICE OF PROCESS

expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. P. 4; Ariz. Rev. Stat. §§ 20-222, 28-502 and 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. Ariz. R. Civ. P. 5, 10(D); Ariz. Rev. Stat. 12-311.

(1) Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding. (2) Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiff's attorney is:

> William M. Fischbach
> Marcos A. Tapia
> TIFFANY & BOSCO, P.A.
> Seventh Floor Camelback Esplanade II
> 2525 East Camelback Road
> Phoenix, Arizona 85016-4229

SIGNED AND SEALED this date: _____ FEB 1 2 2019

JEFF FINE, CLERK

MARICOPA COUNTY SUPERIOR COURT

By: _____
Deputy Clerk

A. Sutton

2

# EXHIBIT B





FEB 1 4 2019

CLERK OF THE SUPERIOR COURT
A. SUTTON
DEPUTY CLERK

1  William M. Fischbach SBN # 019769
2  Marcos A. Tapia SBN# 032746

3   **TIFFANY & BOSCO**
   P.A.

4  SEVENTH FLOOR CAMELBACK ESPLANADE II
   2525 EAST CAMELBACK ROAD
5  PHOENIX, ARIZONA 85016-4237
   TELEPHONE: (602) 255-6000
6  FACSIMILE:  (602) 255-0103
7  Email: wmf@tblaw.com; mat@tblaw.com
   *Attorneys for Plaintiff*

8

9                     **SUPERIOR COURT OF ARIZONA**

10                        **MARICOPA COUNTY**

11  CHRISTIE'S CABARET OF GLENDALE,        Case No.   CV2019-002549
    LLC, an Arizona limited Libility Company;
12  and ENTERTAINMENT USA, INC. DBA
    CHRISTIE'S CABARET, a Delaware
13  Corporation,
14
                                                        **COMPLAINT**
15        Plaintiffs,
                                                          **Tier 3**
16  vs.
17
    UNITED NATIONAL INSURANCE
18  COMPANY, an Arizona Corporation; and
    DOE DEFENDANTS 1-5,
19
20              Defendants

21        Plaintiffs Christie's Cabaret of Glendale, LLC and Entertainment USA, INC.

22  DBA Christie's Cabaret (collectively "Plaintiffs"), by and through its attorneys

23  undersigned, for its Complaint states and alleges as follows:

24               **PARTIES, JURISDICTION, AND VENUE**

25        1.    Plaintiff Christie's Cabaret of Glendale, LLC ("Christie's") is an Arizona

26  Limited Liability Company licensed to do business and transacting business within the

27  state of Arizona.

28

                                      1

2.    Plaintiff Entertainment USA, INC. ("EUSA"), doing business as Christie's Cabaret, is a Delaware Limited Liability Company licensed to do business and authorized to do business within the state of Arizona.

3.    Defendant United National Insurance Company, INC. ("United") is an Arizona corporation licensed to do business and authorized to do business as an insurance company in the state of Arizona.

4.    Defendant has caused events to occur in Maricopa County, Arizona out of which Plaintiffs' claims arise.

5.    This case qualifies for Tier 3 assignment under Arizona Rule of Civil Procedure 26.2.

6.    This Court has jurisdiction over this action under Arizona Revised Statute § 12-123 and the Arizona Constitution, Article VI, § 14.

7.    Venue is proper in this Court under Arizona Revised Statute § 12-401.

### GENERAL ALLEGATIONS

8.    Plaintiffs were insured under United insurance policy no. MP0976398 (the "Policy") during October 18, 2015 and December 4, 2015.

9.    Under the Policy, Plaintiffs' had coverage with policy limits of $420,000.00 for building damage and $350,000.00 for property damage.

10.    On October 18, 2015 and December 4, 2015, Plaintiffs suffered losses to their building and property in the amount of $215,722.76.

11.    The losses suffered by Plaintiffs were caused due to a burglary and vandalism that caused widespread damage consisting of, among other thing, ripped out electrical systems, removal of electrical wiring, sheetrock damage, ripped out lighting and sound systems and wiring, theft of the heating and air conditioning components, including all copper wiring, extreme damage to the flooring, doors, walls and plumbing systems.

12.    In December 2015, Plaintiffs reported the losses to United with a claim no. 15004386.

13.     On March 17, 2016, Plaintiffs submitted an itemized list of damages and repairs to United that included copies of repair estimates, labor, materials and the cost of replacement items.

14.     In March 2016, Plaintiffs received a check, on behalf of Global Indemnity, referencing claim no 15004386, in the amount of $16,389.56, and contained no letter, release or correspondence explaining what the check was for.  Plaintiffs did not cash the check.

15.     On March 22, 2016, Plaintiffs provided United with the copy of the uncashed check received from Global Indemnity and again provided United with copies of contractor's estimates of damages to the building, equipment, fixtures and theft of the sound equipment, plus, a copy of a letter received from the Maricopa County Attorney's office concerning the disposition of guilty pleas of the defendants to the burglary and vandalism which was set for March 29, 2016.

16.     On May 7, 2106, Plaintiffs followed up with United regarding their March 22, 2016 correspondence and request to clear up the issue relating to the check it received from Global Indemnity due to United's failure to respond.

17.     On August 8, 2106, Plaintiffs followed up with United regarding their March 22, 2016, and May 7, 2016, correspondence and request to clear up the issue relating to the check it received from Global Indemnity due to United's failure to respond.

18.     On April 28, 2017, Plaintiffs provided to United the dates of loss and amounts of losses for all of the claimed items.

19.     On February 15, 2017, United delivered correspondence to Plaintiffs denying their claim and requesting they provide  a 2nd claim complete with the date of loss, police report and separate damages breakdown, all information United already had in their possession.

20.     In order to reopen their business, Plaintiffs' incurred costs of $215,722.00 plus an additional $150,000 to $175,000 to complete its remodel for a total of $365,727.00- $365,777.00.

21.     To date, despite Plaintiffs' continued efforts, United has failed to pay any monies arising from Plaintiffs claim based on the Policy.

## Count I

### (Breach of Contract)

22.     Plaintiffs hereby incorporate all previous paragraphs as though fully set forth herein.

23.     The Policy represents a valid and binding contract between Plaintiffs and Defendants.

24.     Defendants have failed and refused to perform material obligations under the Policy as set forth above.

25.     Defendants' failures and refusals constitute material breaches of the Policy.

26.     As the direct and proximate result of Defendants' material breaches, Plaintiff has suffered, and continues to suffer, substantial damages in an amount to be proven at trial.

## Count II

### (Breach of Covenant of Good Faith and Fair Dealing)

27.     Plaintiffs hereby incorporate all previous paragraphs as though fully set forth herein.

28.     Defendants owe and owed Plaintiffs the duty of good faith and fair dealing.

29.     To date, Plaintiffs have done all, or substantially all of the significant things required by the Policy.

30.     Defendant' failures and refusals constitute material breaches of the Policy.

1       31.    Plaintiffs were harmed by Defendants'' breaches of the covenant of good

2 faith and fair dealing in an amount to be proven at trial.

3                              **Count III**

4                              **(Bad Faith)**

5       32.    Plaintiffs hereby incorporate all previous paragraphs as though fully set

6 forth herein.

7       33.    Defendants acted unreasonably toward Plaintiffs, its insureds by failing to

8 pay pursuant to the Policy.

9       34.    Defendants intentionally took steps and acted knowing that it was acting

10 unreasonably toward Plaintiffs, its insureds.

11       35.    Defendants intentionally took steps and acted with reckless disregard

12 toward Plaintiffs, its insureds.

13       36.    As the direct and proximate result of Defendants' conduct, Plaintiffs have

14. suffered, and continue to suffer, substantial damages in an amount to be proven at trial.

15       **WHEREFORE,** Plaintiff prays for judgment against Defendants as follows:

16              A.    For full and complete payment for losses incurred to Plaintiffs'

17 building and property according to the Policy;

18              B.    For all damages, including, without limitation; direct, consequential

19 and incidental sustained by Plaintiffs by reason of Defendants failure to make payment

20 pursuant to the Policy;

21              C.    For compensatory damages to compensate Plaintiffs for distress,

22 anguish, loss of use of their property, frustration, etc;

23              D.    For pre and post judgment interest at the contract rate of 12% per

24 annum;

25              E.    For Plaintiff's reasonable attorneys' fees and costs pursuant to

26 A.R.S. §§ 12-341 and 12-341.01; and

27              F.    For such other further relief as this Court deems just and proper.

28

RESPECTFULLY SUBMITTED this ⎿4ᵗʰ⎤ day of Febuary, 2019.

TIFFANY & BOSCO, P.A.

By: _____

William M. Fischbach
Marcos A. Tapia
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
*Attorneys for Plaintiff*

1

# EXHIBIT C

William M. Fischbach SBN # 019769
Marcos A. Tapia SBN# 032746

**TB TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE:   (602) 255-0103
Email: wmf@tblaw.com; mat@tblaw.com
*Attorneys for Plaintiff*

**COPY**

FEB 1 4 2019

CLERK OF THE SUPERIOR COURT
A. SUTTON
DEPUTY CLERK

### SUPERIOR COURT OF ARIZONA

### MARICOPA COUNTY

CV2019-002549

| | |
|---|---|
| CHRISTIE'S CABARET OF GLENDALE, LLC, an Arizona limited Libility Company; and ENTERTAINMENT USA, INC. DBA CHRISTIE'S CABARET, a Delaware Corporation, | Case No. _____ |
| Plaintiffs, | **CERTIFICATE OF COMPULSORY ARBITRATION** |
| vs. | |
| UNITED NATIONAL INSURANCE COMPANY, an Arizona Corporation; and DOE DEFENDANTS 1-5, | |
| Defendants | |

Plaintiff, by and through undersigned counsel, hereby certifies that it knows the dollar limits and any other limitations set forth by the local rules and that this matter is **not subject** to compulsory arbitration, as provided in Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this 14th day of February, 2019.

**TB TIFFANY & BOSCO**
P.A.

By: _____
William M. Fischbach
Marcos A. Tapia
Seventh Floor Camelback Esplanade II

1

2525 East Camelback Road
Phoenix, Arizona 85016-9240
*Attorneys for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT D

Case 2:19-cv-04442-DLR Document 1-1  Filed 06/11/19  Page 15 of 28

**Liddy Legal Support Services**
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

CLERK OF THE
SUPERIOR COURT
RECEIVED COB #1
DOCUMENT DEPOSITORY

2019 MAY 15 PM 2: 14

Client File # 24117-001
Account   # 0666
Invoice   # 335335
Liddy     # 301081-1

FILED BY M. MEJIA

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

CHRISTIE'S CABARET OF GLENDALE, LLC,
an Arizona limited liability company, et al.,

Plaintiff(s),

vs

UNITED NATIONAL INSURANCE COMPANY,
an Arizona corporation, et al.,

Defendant(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV2019-002549

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** United National Insurance Company c/o Arizona Director of Insurance, Statutory Agent

**PLACE OF SERVICE:**       100 N. 15th Ave., #102, Phoenix, AZ 85007

**DATE OF SERVICE:** On the   10   day of   May   , 2019  at   11:49   AM       County  Maricopa

| PERSONAL SERVICE | ✗ | Left a copy with a person authorized to accept service. | | At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein. |

| Name of Person Served and Relationship/Title | Served 2 sets on Arizona Director of Insurance, Statutory Agent, by serving Clisanda |
| | Diggs, Administrative Assistant, authorize to receive and accept service of process |
| | in the State of Arizona by the Arizona Director of Insurance. |

on      05/09/2019      we received the following documents for service:

2 sets of a Summons | Complaint | and Certificate of Compulsory Arbitration (2).
Tendering a service of process fee of $15.00.

Received from TIFFANY & BOSCO, P.A., ( WILLIAM M. FISCHBACH #019769 )

PROCESS SERVER:    Colton Joralmon #8743

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER:                                Date: 5/13/2019

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Minimum Mileage | $16.00 |
| Fee Advance | $15.00 |
| Fee Adv SC (10%) | $1.50 |
| Doc. Prep Fee | $10.00 |

**Tax ID# 90-0533870**
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total    $58.50



## Arizona Department of Insurance
# RECEIPT OF PAYMENT



*The mission of the Department of Insurance is to faithfully execute state insurance laws in a manner that protects insurance consumers and encourages robust competition and economic development.*

| | |
|---|---|
| **Date:** | **05/10/2019** |
| **Receipt #:** | **0074546** |

ADDITIONAL INFORMATION:
CASE NO. CV2019-002549 - UNITED NATIONAL INSURANCE COMPANY

**Payor/Licensee Name:**  **LIDDY LEGAL SUPPORT SERVICES**

| Description of Fee | Amount |
|---|---|
| OTHER, SERVICE OF PROCESS FEES | $15.00 |
| **Transaction Total:** | **$15.00** |

| Payment Information | |
|---|---|
| Amount Paid by Check 49151: | $15.00 |
| Credit Tendered: | $0.00 |
| Cash Tendered: | $0.00 |
| Change Returned: | $0.00 |
| **Payment Total:** | **$15.00** |

The Arizona Department of Insurance continually works to improve service to its customers.
Please send, fax or e-mail any ideas on how we can improve to

Scott B. Greenberg, Deputy Director
100 N. 15th Ave. # 102
Phoenix, Arizona 85007-2624
Fax: 602.912.8419
e-mail: SGreenberg@azinsurance.gov.

# EXHIBIT E

In the Superior Court of the State of Arizona

In and For the County of <u>Maricopa</u>

# CV2019-002549

CLERK OF THE
SUPERIOR COURT
FILED
19 FEB 14  PM 3: 35

N. SUTTON, DEP

Is Interpreter Needed?  ☐ Yes  ☒ No

If yes, what language(s):

_____

_____

CIVIL COVER SHEET - NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney <u>William Fischbach, Marca Tapia</u>

Attorney Bar Number <u>019769, 032746</u>

| Plaintiff's Name(s):  (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Christie's Cabaret of Glendale, LLC | c/o Tiffany & Bosco, P.A. | 602-255-6000 | wmf@tblaw.com |
| Entertainment USA, Inc. | 2525 East Camelback Road, 7th Flr | | mat@tblaw.com |
| | Phoenix, AZ 85016 | | |

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s):  (List All)

United National Insurance Company

_____

_____

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.**

☐ Amount Claimed $_____   ☐ Tier 1   ☐ Tier 2   ☒ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

## 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*
☐ 103 Wrongful Death*

©Superior Court of Arizona in Maricopa County          Page 1 of 3          CV10f – 010119
ALL RIGHTS RESERVED

## 110 TORT NON-MOTOR VEHICLE:

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*
☐ 115 Malpractice – Other professional*
☐ 117 Premises Liability*
☐ 118 Slander/Libel/Defamation*
☐ 116 Other (Specify) _____ *

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*       ☐ 123 Hospital*
☐ 122 Physician D.O*        ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)*
☐ 132 Promissory Note*
☐ 133 Foreclosure*
☐ 138 Buyer-Plaintiff*
☐ 139 Fraud*
☒ 134 Other Contract (i.e. Breach of Contract)*
☐ 135 Excess Proceeds-Sale*
☐ Construction Defects (Residential/Commercial)*
    ☐ 136 Six to Nineteen Structures*
    ☐ 137 Twenty or More Structures*
☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*
☐ 151 Eviction Actions (Forcible and Special Detainers)*
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment

☐ 158 Quiet Title*
☐ 160 Forfeiture*
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)*
☐ 187 Real Property *
☐ Special Action against Lower Courts
    (See Lower Court Appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
    (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
    (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute – Other*
☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)*
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only*
☐ 177 Interpleader– Automobile Only*
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination*

☐ 185 Employment Dispute-Other*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License

☐ 195(b) Amendment of Birth Certificate

☐ 163 Other*

_____

(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC   ☐ Election Challenge

☐ Employer Sanction   ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

# EXHIBIT F



**Office Distribution**

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
04/24/2019
by Superior Court Admin
on behalf of Clerk of the
Superior Court

04/20/2019

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number: CV2019-002549**

**Christies Cabaret Of Glendale L L C**

**V.**

**United National Insurance Company**

---

The Judge assigned to this action is the Honorable Rosa Mroz

## NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 02/14/2019 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 05/15/2019. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2019-002549

| Party Name | Attorney Name | |
|---|---|---|
| Christies Cabaret Of Glendale L L C | William Morris Fischbach III | Bar ID: 019769 |
| Entertainment U S A Inc | William Morris Fischbach III | Bar ID: 019769 |

# EXHIBIT G

Skip To MainContent

Search

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2019-002549 | Judge: | Mroz, Rosa |
| File Date: | 2/14/2019 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Christies Cabaret Of Glendale L L C | Plaintiff | | William Fischbach |
| Entertainment U S A Inc | Plaintiff | | William Fischbach |
| United National Insurance Company | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/15/2019 | AFS - Affidavit Of Service | 5/17/2019 | |
| **NOTE:** UNITED NATIONAL INSURANCE COMPANY | | | |
| 4/24/2019 | 322 - ME: Notice Of Intent To Dismiss | 4/24/2019 | |
| 2/14/2019 | COM - Complaint | 2/20/2019 | |
| 2/14/2019 | CCN - Cert Arbitration - Not Subject | 2/20/2019 | |
| 2/14/2019 | CSH - Coversheet | 2/20/2019 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

# EXHIBIT H

1

**THE CAVANAGH LAW FIRM**
A Professional Association
**1850 NORTH CENTRAL AVENUE**
**SUITE 2400**
**PHOENIX, ARIZONA 85004-4527**
**(602) 322-4000**
www.cavanaghlaw.com

2

3

4  Timothy R. Hyland, Esq. (SBN 010298)
   thyland@cavanaghlaw.com
5  Jordan R. Plitt, Esq. (SBN 028028))
   jplitt@cavanaghlaw.com
6  Parker C. Bunch, Esq. (SBN 034126)
   pbunch@cavanaghlaw.com
7  Tel:  (602) 322-4082
   Fax: (602) 322-4101
8

9  Attorneys for Defendant United National
     Insurance Company

10

11            **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

12               **IN AND FOR THE COUNTY OF MARICOPA**

13

| | |
|---|---|
| CHRISTIE'S CABARET OF GLENDALE, LLC, an Arizona limited liability company; and ENTERTAINMENT USA, INC. DBA CHRISTIE'S CABARET, a Delaware corporation, | Case No. cv 2019-002549 **NOTIFICATION OF NOTICE OF REMOVAL** |
| Plaintiffs, | |
| v. | |
| UNITED NATIONAL INSURANCE COMPANY, a California corporation, et al., | |
| Defendants. | |

21        PLEASE TAKE NOTICE that on this date, Defendant United National Insurance

22  Company ("United National"), filed in the United States District Court for the District of

23  Arizona, a Notice of Removal of the above-captioned case from this Court to the District Court.

24

25

A true and correct copy of the Notice of Removal filed in the District Court is attached hereto

as Exhibit 1.

DATED this 10th day of June, 2019.

                                        THE CAVANAGH LAW FIRM, P.A.


                                        By:    /s/Jordan R. Plitt
                                              Timothy R. Hyland
                                              Jordan R. Plitt
                                              Parker C. Bunch
                                              1850 North Central Avenue, Suite 2400
                                              Phoenix, Arizona 85004
                                              Attorneys for Defendant United National

**ORIGINAL** of the foregoing e-filed
with the Maricopa County Superior Court; and,

**COPY** of the foregoing e-served
via TurboCourt this 10th day of June, 2019, to:

William M. Fischbach, Esq.
Marcos A. Tapia, Esq.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016-4237
Tel: 602-255-6000
Email: wmf@tblaw.com
Email: mat@tblaw.com
*Attorneys for Plaintiffs*


   /s/L. Gilroy

2